# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| HENRY CHARLES AGNEW, | : | No. 11 WM 2019 |
| Petitioner | : | |
| v. | : | |
| HIRAM A. CARPENTER III, JUDGE, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.

    The Prothonotary is DIRECTED to strike the name of the jurist from the caption.